UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

CURTIS JAMES JACKSON III, p/k/a "50 CENT",

                Plaintiffs,

-against-

TACO BELL CORP.,

                Defendants,

-------------------------------------------------------------

Index No.: 08CIV6545

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**    )
                                   ) SS:
**COUNTY OF NEW YORK**  )

       I, KACEY NERO, being duly sworn, depose and say:

       I am not a party to this action; I am over the age of 18 years and am employed in New York, County, New York.

       On July 31, 2008, at approximately 1:21 p.m, deponent served a true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT, INDIVIDUAL PRACTICES OF NAOMI REICE BUCHWALD and INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS upon TACO BELL CORP by service upon CT Corporation, Registered Agent at 111 Eighth Avenue, New York, New York by personally delivering and leaving a true copy of same with Mrs. Flores, Process Specialist at the aforementioned address. Mrs. Flores stated that she is authorized to accept service on behalf of TACO BELL CORP.

       Mrs. Flores is described as a brown skin female, 30-40 years old, approximately 5'4"-5'7" in height and approximately 130-140 pounds in weight with brown hair, brown eyes and glasses.

                                                            KACEY NERO – License 1136182

Sworn to before me this
31st day of July, 2008

_____
NOTARY PUBLIC

EVELYN GREEN
Notary Public, State of New York
No. 01GR4879671
Qualified in New York County
Commission Expires Dec. 15, 2010