```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CURTIS JAMES JACKSON III, p/k/a "50 CENT"      :     Case No. 08-CV-6545 (NRB)
                                               :
                              Plaintiff,       :
           v.                                  :     STIPULATION
                                               :     AND ORDER
TACO BELL CORP.,                               :     EXTENDING
                                               :     DEFENDANT'S TIME
                              Defendant.       :     TO RESPOND
                                               :     TO COMPLAINT
                                               :
-------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that

Defendant shall have an extension of time until September 19, 2008 to answer or otherwise

respond to Plaintiff's complaint.

There has been no previous request for an extension.

Dated: New York, NY
       August 6, 2008

REED SMITH LLP                                 PATTERSON, BELKNAP, WEBB
                                               & TYLER, LLP

By: /s/ Peter D. Raymond                       By: /s/ Robert W. Lehrburger
Peter D. Raymond                               Robert W. Lehrburger
599 Lexington Avenue                           1133 Avenue of the Americas
New York, NY 10022                             New York, NY 10036
Telephone: (212) 521-5400                      Telephone: (212) 336-2000
*Attorneys for Plaintiff Curtis James Jackson III*   *Attorneys for Defendant Taco Bell Corp.*

SO ORDERED:

/s/ Naomi Reice Buchwald
United States District Judge      8/7/08