Peter D. Raymond
Wallace B. Neel
**REED SMITH LLP**
599 Lexington Ave.
New York, New York 10022
(212) 521-5400

*Attorneys for Plaintiff Curtis James Jackson, III,*
*p/k/a/ "50 Cent"*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| CURTIS JAMES JACKSON, III, P/K/A "50 CENT," | No. 08-CV-6545 (NRB/RLE) |
| Plaintiff, | **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT WITH RESPECT TO DEFENDANT'S LIABILITY ON FIRST, SECOND, AND THIRD CLAIMS FOR RELIEF, AND SECOND, THIRD, AND FOURTH AFFIRMATIVE DEFENSES** |
| vs. | |
| TACO BELL CORP., | |
| Defendant. | |

------------------------------------------------------------x

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 56(c), and the Court's Orders dated June 18, 2009, and July 8, 2009, plaintiff Curtis James Jackson III p/k/a "50 Cent" ("Jackson") will move this Court for Summary Judgment at a date and time to be set by the Court for summary judgment as to Defendant's liability on Plaintiff's First, Second, and Third Claims for Relief, and dismissing Defendants' Second, Third, and Fourth Affirmative Defenses.

PLEASE TAKE FURTHER NOTICE that any papers served in Opposition to this Motion must be served by no later than August 20, 2009, and that any papers served in Reply to opposition papers must be served by no later than September 9, 2009.

Plaintiff Jackson requests oral argument on this Motion.

All supporting documents related to this Motion are being filed under seal pursuant to the Protective Order entered by this Court on January 5, 2009.

Dated:   New York, New York
         July 9, 2009

                                             **REED SMITH LLP**

                                             By: /s/ Peter D. Raymond
                                                 Peter D. Raymond
                                                 Wallace B. Neel
                                                 599 Lexington Avenue, 22nd Floor
                                                 New York, New York  10022
                                                 (212) 521-5400
                                                 *Attorneys for Plaintiff*

TO:    PATTERSON BELKNAP WEBB & TYLER LLP
        Robert W. Lehrburger
        1133 Avenue of the Americas
        New York, New York 10036
        *Attorneys for Defendant*